Lavetta ELK, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 2009–5098.

United States Court of Appeals,
Federal Circuit.

Jan. 25, 2010.

ON MOTION

*ORDER*

Upon consideration of United States' unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.